IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SURYA KUNNATH ASHOKA KUMAR, and SAJITHA VALAPARAMBIL RAJAN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,<br><br>Defendant. | 8:20-CV-276<br><br>**JUDGMENT** |

This matter is before the Court on the parties' Stipulation for Dismissal Without Prejudice. Filing 29. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed without prejudice, each party to bear its own fees and costs.

Dated this 13th day of October, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge